**Title:** BIG WET ASSES #17  **Network:** BitTorrent
**SHA-1 Hash:** 0F570BFFD01696FCB514C67DCCFE089AC3C6C68E  **Swarm Date:** 10/10/2010

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 184.33.77.173 | 9/28/2010 21:56 | 10/29/2010 6:06 | Miami | FL | BellSouth.net |
| 2 | 68.208.23.138 | 10/3/2010 22:47 | 10/17/2010 13:59 | Key West | FL | BellSouth.net |
| 3 | 74.161.16.205 | 10/3/2010 21:08 | 10/31/2010 16:11 | Miami | FL | BellSouth.net |
| 4 | 74.173.196.16 | 9/30/2010 22:08 | 2/20/2011 3:42 | West Palm Beach | FL | BellSouth.net |
| 5 | 74.233.213.240 | 10/8/2010 17:54 | 11/8/2010 10:29 | Sebastian | FL | BellSouth.net |
| 6 | 174.48.30.27 | 10/10/2010 22:26 | 10/10/2010 22:26 | Hollywood | FL | Comcast Cable |
| 7 | 174.48.6.240 | 10/2/2010 3:13 | 10/27/2010 4:38 | Fort Lauderdale | FL | Comcast Cable |
| 8 | 66.176.40.103 | 9/28/2010 11:53 | 10/26/2010 3:15 | Boca Raton | FL | Comcast Cable |
| 9 | 75.74.254.87 | 10/5/2010 7:49 | 10/11/2010 12:02 | Miami | FL | Comcast Cable |
| 10 | 76.26.30.150 | 10/10/2010 5:20 | 10/15/2010 0:29 | Fort Lauderdale | FL | Comcast Cable |
| 11 | 98.203.0.232 | 9/28/2010 15:56 | 10/16/2010 3:31 | Fort Lauderdale | FL | Comcast Cable |
| 12 | 98.254.222.145 | 9/29/2010 8:37 | 10/12/2010 15:09 | Miami | FL | Comcast Cable |

# EXHIBIT A

SF1