# UNITED STATES DISTRICT COURT
# OF SOUTHERN DISTRICT OF FLORIDA

## CASE NO: 1:11-cv-20905-JLK

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-12,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 AND 12

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses without prejudice Does Defendants 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 who were assigned the IP Addresses 184.33.77.173, 68.208.23.138, 74.161.16.205, 74.173.196.16, 74.233.213.240, 174.48.30.27, 174.48.6.240, 66.176.40.103, 75.74.254.87, 76.26.30.150, 98.203.0.232 and 98.254.222.145. Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Respectfully submitted,

By: /s/*M.Keith Lipscomb/*
M. Keith Lipscomb (429554)
klipscomb@lbefirm.com
José S. Talavera (598984)
jtalavera@lbefirm.com
LIPSCOMB EISENBERG, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*