UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20905-CIV-KING

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-12,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 (D.E. #13) filed September 14, 2011. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

    ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 15th day of September, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***
M. Keith Lipscomb, Esq.
Jose S. Talavera, Esq.
LIPSCOMB EISENBERG, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131